CHARLES E. DeKAY, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued March 19, 1886; decided April 13, 1886 )

*Lewis E. Carr* for appellant.

*John W. Lyon* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.

———

JOHN W. GILLIES et al., Appellants, *v.* AUGUSTA KREUDER, Impleaded, etc., Respondent.

(Argued March 19, 1886; decided April 13, 1886.)

*William McCauley* for appellant.

*George W. Weiant* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.